UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| YOLANDA FRAUSTO, individually and as a successor in interest to the Estate of Decedent John Anthony Cornejo,<br><br>Plaintiff,<br><br>vs.<br><br>CALIFORNIA HIGHWAY PATROL, et al.,<br><br>Defendants. | Case No:  C 16-3633 SBA<br><br>**ORDER OF REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

Pursuant to Civil Local Rule 3-12(c), this case is hereby referred to the Honorable Richard Seeborg to consider whether it is related to:

<u>Yolanda Frausto v. California Highway Patrol, et al.</u>, C 16-311 RS

<u>Norman Cornejo v. California Highway Patrol, et al.</u>, C 16-974 RS

IT IS SO ORDERED.

Dated:  7/7/16

SAUNDRA BROWN ARMSTRONG
Senior United States District Judge