1   KAMALA D. HARRIS
    Attorney General of California
2   JEFFREY R. VINCENT
    Supervising Deputy Attorney General
3   CRAIG MODLIN
    Deputy Attorney General
4   State Bar No. 57832
     1515 Clay Street, 20th Floor
5    P.O. Box 70550
     Oakland, CA  94612-0550
6    Telephone:  (510) 879-0751
     Fax:  (510) 622-2121
7    E-mail:  Craig.Modlin@doj.ca.gov
    *Attorneys for Defendants State of California (sued*
8   *herein as California Highway Patrol)*

9

10              IN THE UNITED STATES DISTRICT COURT

11            FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13

| | |
|---|---|
| 14  **YOLANDA FRAUSTO,** | **Case No:16-cv-00311-RS and related actions, Case No. 3:16-cv-00974-RS, No. 4:16-cv-03633-RS and 3:16-cv-03833-RS** |
| 15                              Plaintiff, | |
| 16        **v.** | **STIPULATION [~~PROPOSED~~] ORDER TO TAKE DEPOSITION OF NORMAN DON CORNEJO #AY9089** |
| 17  **CALIFORNIA HIGHWAY PATROL, et al.,** | |
| 18                              Defendants, | |
| 19 | |
| 20  **NORMAN CORNEJO,** | |
|                                 Plaintiff, | |
| 21 | |
| 22        **v.** | |
| 23  **COUNTY OF ALAMEDA, et al,** | |
|                                 Defendants | |
| 24 | |

25

26  ///

27  ///

28

                                  1

1       COMES NOW the parties to these related actions, by and through their respective counsel,

2 and hereby stipulate that Norman Don Cornejo #AY9089, a state prisoner currently incarcerated

3 at California Correctional Center, is to submit to an oral deposition at said institution on or before

4 December 5, 2016. The deposition will be taken before a certified shorthand reporter and will

5 also be recorded by videotape.

6 ///

7 ///

8 ///

9 ///

10 ///

11 ///

12 ///

13 ///

14 ///

15 ///

16 ///

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 //

27 ///

28 ///

Stipulation [Proposed] Order To Take Deposition of Norman Don Conejo #AY9089  (16-cv-00311-RS)

1    SO STIPULATED:

2

3    Dated:    October 11, 2016                          /s/  Craig Modlin
                                                     CRAIG MODLIN
4                                                    Attorney for Defendant
                                                     State of California
5

6    Dated:    October 11, 2016                          /s/  Michael R. Bracamontes
                                                     MICHAEL R. BRACAMONTES
7                                                    Attorney for Plaintiff
                                                     Yolanda Frausto
8

9    Dated:    October 11, 2016                          /s/  Gregory J. Rockwell
                                                     GREGORY J. ROCKWELL
10                                                   Attorney for Defendant
                                                     Alameda County
11

12

13   Dated:    October 11, 2016                          /s/  Niklaus Reed
                                                     NIKLAUS REED
14                                                   Attorney for Plaintiff
                                                     Norman D. Cornejo
15

16   Dated:    October 11, 2016                          /s/  Logan Quirk
                                                     LOGAN QUIRK
17                                                   Attorney for Plaintiff
                                                     Norman D. Cornejo
18

19   SO ORDERED:

20

21   Dated:    10/12/16

22                                                   RICHARD SEEBORG
                                                     United States District Judge
23

24

25

26

27   OK2016900314

28

                                   3