Michael R. Bracamontes (SBN 242655)
Ryan J. Vlasak (SBN 241581)
Michael A. Schreiber (SBN 271611)
BRACAMONTES & VLASAK, P.C.
220 Montgomery Street, Suite 870
San Francisco, CA 94104
Phone: (415) 835-6777
Fax:   (415) 835-6780

Attorneys for Plaintiff Yolanda Frausto

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YOLANDA FRAUSTO individually and as successor in interest to the Estate of Decedent John Anthony Cornejo;<br><br>Plaintiff,<br><br>vs.<br><br>CALIFORNIA HIGHWAY PATROL, ALAMEDA COUNTY SHERIFF'S OFFICE, KEVIN BEYRODT, NORMAN D. CORNEJO II, and DOES 1 to 30, inclusive,<br><br>Defendants. | CASE NO.: 3:16-CV-00311-RS and related actions, Case No. 3:16-CV-00974-RS and No. 4:16-CV- 03633-RS<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER FOR LEAVE TO TAKE DEPOSITIONS AFTER NON-EXPERT DISCOVERY CUT OFF** |
| NORMAN CORNEJO, individually and as successor in interest to the Estate of Decedent John Anthony Cornejo;<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF ALAMEDA, CALIFORNIA HIGHWAY PATROL, KEVIN BEYRODT, and DOES 1 to 50, inclusive,<br><br>Defendants. | |

- 1 -

*Frausto v. California Highway Patrol, et al. – Stipulation and Proposed Order for Leave to take Depositions after Non-Expert Discovery Cut Off*

1  The parties submit the following Joint Stipulation and request that the Court grant parties leave to take depositions after the non-expert discovery cut off on December 5, 2016. Due to witness availability parties do not have enough time to take the depositions of witnesses necessary for this case. The additional depositions that need to be taken are as follows: California Highway Patrol's Persons Most Knowledgeable, Corizon HealthCare's Person Most Knowledgeable and Dr. Maria Magat, these depositions will be taken and completed within 15 days of the non-expert discovery cut off. This request will not affect any of other deadlines.

Therefore, the parties stipulate and request that the Court grant parties leave to take depositions after the non-expert discovery cut off on December 5, 2016 and to be completed within 15 days.

**IT IS HEREBY STIPULATED BY THE PARTIES:**

Dated: 11/17/16        By: /s/ Michael Bracamontes
                              Michael Bracamontes, Esq.[1]
                              Michael A. Schreiber, Esq.
                              BRACAMONTES & VLASAK, P.C.
                              Attorneys for Plaintiff

Dated: 11/17/16        By: /s/ Craig Modlin
                              Craig Modlin, Esq.
                              Deputy Attorney General
                              Attorney for Defendants California Highway Patrol
                              & M. Diehl, Z. Trzesniewski, H. Schultz,
                              C. Bruno, D. Hazelwood, and J. Koven

Dated: 11/17/16        By: /s/ Gregory B. Thomas
                              Gregory B. Thomas, Esq.
                              BOORNAZIAN, JENSEN & GARTHE
                              Attorney for Defendants County of Alameda and
                              Kevin Beyrodt, Aaron Inns, Anthoney Fields, Ian
                              Stewart, Karen Easling & Cameron Tracy

///

Frausto v. California Highway Patrol, et al. – Stipulation and Proposed Order for Leave to take Depositions after Non-Expert Discovery Cut Off

- 2 -

///

Dated: 11/17/16

By: /s/ Nikolaus W. Reed
Nikolaus W. Reed, Esq.
LAW OFFICES OF NIKOLAUS W. REED
Attorney for Plaintiff Norman Cornejo

Dated: 11/17/16

By: /s/ Logan Quirk
Logan Quirk, Esq.
QUIRK LAW GROUP
Attorney for Plaintiff Norman Cornejo.

---

[1] As the filer of this stipulation, I, Michael Bracamontes attest that Craig Modlin, Gregory B. Thomas, Nikolaus W. Reed and Logan Quirk concur in the content of the Stipulation and have authorized its filing.

*Frausto v. California Highway Patrol, et al. – Stipulation and Proposed Order for Leave to take Depositions after Non-Expert Discovery Cut Off*

- 3 -

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, it is ORDERED that Parties Joint Stipulation and request that the Court grant parties leave to take depositions after the non-expert discovery cut off on December 5, 2016 and to be completed within 15 days is GRANTED.

Dated: 11/21/16

*/s/ Richard Seeborg*
Richard Seeborg
Northern District Court Judge

*Frausto v. California Highway Patrol, et al.* – *Stipulation and Proposed Order for Leave to take Depositions after Non-Expert Discovery Cut Off*

- 4 -