1  GREGORY B. THOMAS, ESQ. (SBN 239870)
   ADAM A. VUKOVIC, ESQ. (SBN 301392)
2  SOPHIA V. COHN, ESQ. (SBN 306661)
   BOORNAZIAN, JENSEN & GARTHE
3  A Professional Corporation
   555 12th Street, Suite 1800
4  Oakland, CA  94607
   Telephone: (510) 834-4350
5  Facsimile: (510) 839-1897
   gthomas@bjg.com
6  avukovic@bjg.com
   scohn@bjg.com
7
   Attorneys for Defendant
8  COUNTY OF ALAMEDA, sued herein as "ALAMEDA COUNTY SHERIFF'S OFFICE,"
   KEVIN BEYRODT, AARON INNS, ANTHONEY FIELDS, IVAN STEWART, KAREN
9  EASLING, sued herein as "K. EASLING," and CAMERON TRACY

10

11                   UNITED STATES DISTRICT COURT

12              FOR THE NORTHERN DISTRICT OF CALIFORNIA

13

14  YOLANDA FRAUSTO individually and as    )  Case No.: 3:16-cv-00974-RS
    successor in interest to the Estate of Decedent )  And Related Actions
15  John Anthony Cornejo,                  )
    ,                                      )  **STIPULATION AND [~~PROPOSED~~]**
16                                         )  **ORDER FOR LEAVE TO TAKE**
                    Plaintiffs,            )  **DEPOSITION AFTER NON-EXPERT**
17                                         )  **DISCOVERY CUTOFF**
    vs.                                    )
18                                         )
    CALIFORNIA HIGHWAY PATROL,             )
19  ALAMEDA COUNTY SHERIFF'S OFFICE,       )
    KEVIN BEYRODT, NORMAND D.              )
20  CORNEJO, II, and DOES 1 to 30, inclusive, )
                                           )
21                  Defendants.            )
                                           )
22  And Related Actions                    )
    _____    )

23

24        The parties submit the following Joint Stipulation and request that the Court grant the

25  parties leave to take the deposition of fact witness Anthony Cornejo after the non-expert discovery

26  cutoff on December 5, 2016.  Due to witness availability, the parties do not have enough time to

27  take necessary witness Anthony Cornejo's deposition.  The deposition will be taken and completed

28                                         -1-

1    on December 21, 2016, sixteen days after the non-expert discovery cutoff.  This request will not

2    affect any other deadlines.

3         Therefore, the parties stipulate and request that the Court grant the parties leave to take

4    Anthony Cornejo's deposition after the non-expert discovery cutoff on December 5, 2016, on

5    December 21, 2016.

6         Respectfully submitted,

7    DATED:  December 2, 2016

8                                          BOORNAZIAN, JENSEN & GARTHE
                                           A Professional Corporation

9

10                                         By: ____/s/ Gregory B. Thomas_____
                                                GREGORY B. THOMAS, ESQ.
11                                              ADAM A. VUKOVIC, ESQ.
                                                SOPHIA V. COHN, ESQ.
12                                              Attorneys for Defendant
                                                COUNTY OF ALAMEDA, sued
13                                              herein as "ALAMEDA COUNTY
                                                SHERIFF'S OFFICE," KEVIN
14                                              BEYRODT, AARON INNS,
                                                ANTHONEY FIELDS, IAN
15                                              STEWART, KAREN EASLING,
                                                sued herein as "K. EASLING," and
16                                              CAMERON TRACY

17

18   DATED: December 2, 2016                BRACAMONTES & VLASAK, P.C.

19

20                                         By: ___/s/ Michael Bracamontes_____
                                                MICHAEL BRACAMONTES, ESQ.
21                                              MICHAEL A. SCHREIBER, ESQ.
                                                Attorneys for Plaintiff
22                                              YOLANDA FRAUSTO

23

24

25

26

27

28
                                          -2-

1    DATED: December 2, 2016                    CALIFORNIA ATTORNEY GENERAL

2

3                                               By:   /s/ Craig Modlin, Esq.
                                                     CRAIG MODLIN, ESQ.
4                                                    Attorney for Defendants
                                               CALIFORNIA HIGHWANT PATROL, M.
5                                               DIEHL, Z. TRZESNIEWSKI, H. SCHULTZ,
                                                   C. BRUNO, D. HAZELWOOD, and J.
6                                                            KOVEN

7

8    DATED: December 2, 2016                    LAW OFFICES OF NIKOLAUS W. REED

9

10                                              By:   /s/ Nikolaus W. Reed
                                                     NIKOLAUS W. REED, ESQ.
11                                                    Attorney for Plaintiff
                                                      NORMAN CORNEJO

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                            -3-
STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO TAKE DEPOSITION AFTER NON-EXPERT
                                    DISCOVERY CUTOFF
        *Yolanda Frausto v. County of Alameda, et al.* - Case No.: 3:16-cv-0311-RS; and related actions

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION**

I, Gregory B. Thomas, am counsel for Record for Defendants County of Alameda, et al. I am the registered ECF user whose username and password are being used to file this stipulation.  In compliance with Local Rule 5-1(i)(3), I hereby attest that the above-identified counsel concurred in this filing.

Dated:  December 2, 2016                              BOORNAZIAN, JENSEN & GARTHE

By:  _/s/ Gregory B. Thomas_____
GREGORY B. THOMAS
Attorney for Defendants
COUNTY OF ALAMEDA, sued herein
as "ALAMEDA COUNTY SHERIFF'S
OFFICE," KEVIN BEYRODT,
AARON INNS, ANTHONEY FIELDS,
IVAN STEWART, KAREN
EASLING, sued herein as "K.
EASLING," and CAMERON TRACY

**[~~PROPOSED~~] ORDER**

GOOD CAUSE appearing, it is ORDERED that Parties Joint Stipulation and request that the Court grant parties leave to take the deposition of Anthony Cornejo after the non-expert discovery cutoff on December 5, 2016 and to be completed December 21, 2016 is GRANTED.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _12/7_____, 2016                    _____
HON. RICHARD SEEBORG
Judge of the United States District Court

27796/741343

-4-
STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO TAKE DEPOSITION AFTER NON-EXPERT
DISCOVERY CUTOFF
*Yolanda Frausto v. County of Alameda, et al.* - Case No.: 3:16-cv-0311-RS; and related actions