1 Michael R. Bracamontes (SBN 242655)
Michael A. Schreiber (SBN 271611)
2 BRACAMONTES & VLASAK, P.C.
220 Montgomery Street, Suite 870
3 San Francisco, CA 94104
Phone: (415) 835-6777
4 Fax:    (415) 835-6780

5 Attorneys for Plaintiff Yolanda Frausto

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10 SAN FRANCISCO DIVISION

| | |
|---|---|
| YOLANDA FRAUSTO individually and as successor in interest to the Estate of Decedent John Anthony Cornejo;<br><br>Plaintiff,<br><br>vs.<br><br>CALIFORNIA HIGHWAY PATROL, ALAMEDA COUNTY SHERIFF'S OFFICE, KEVIN BEYRODT, NORMAN D. CORNEJO II, AARON INNS, ANTHONY FIELDS, IAN STEWART, K. EASLING, AND CAMERON TRACY, and DOES 6 to 30, inclusive ,<br><br>Defendants.<br><br>**RELATED ACTIONS** | **CASE NO.:** 3:16-CV-00311-RS AND RELATED ACTIONS, CASE NO. 3:16-CV-00974-RS, CASE NO. 16-CV-03633-RS, CASE NO. 16-CV-03833-RS<br><br>**STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION ON ALL EXPERT DISCOVERY DEADLINES AND DEADLINE FOR HEARING ON DISPOSITIVE MOTIONS** |

*- 1 -*

*Frausto v. California Highway Patrol, et al. – Stipulation and Proposed Order for an Extension on All Expert Discovery Deadlines and the Deadline for Hearing on Dispositive Motions*

1  The parties submit the following Joint Stipulation and request that the Court grant a two week
2 extension concerning all expert discovery deadlines including expert disclosures, expert reports, and
3 expert depositions.  Due to scheduling conflicts, the parties do not have enough time to take the
4 deposition of experts necessary for this case.  This request will also extend the deadline that dispositive
5 motions are to be heard by two weeks.

6  Therefore, the parties stipulate and request that the Court grant a two week extension for all expert
7 discovery deadlines and the deadline for hearing on dispositive motions.

**IT IS HEREBY STIPULATED BY THE PARTIES:**

Dated: 12/6/16        By:    /s/ Michael Bracamontes
                                     Michael Bracamontes, Esq.[1]
                                     Michael A. Schreiber, Esq.
                                     BRACAMONTES & VLASAK, P.C.
                                     Attorneys for Plaintiff

Dated: 12/6/16        By:    /s/ Craig Modlin
                                     Craig Modlin, Esq.
                                     Deputy Attorney General
                                     Attorney for Defendants California Highway Patrol
                                     & M. Diehl, Z. Trzesniewski, H. Schultz,
                                     C. Bruno, D. Hazelwood, and J. Koven

Dated: 12/6/16        By:    /s/ Gregory B. Thomas
                                     Gregory B. Thomas, Esq.
                                     BOORNAZIAN, JENSEN & GARTHE
                                     Attorney for Defendants County of Alameda and
                                     Kevin Beyrodt, Aaron Inns, Anthoney Fields, Ian
                                     Stewart, Karen Easling & Cameron Tracy

Dated: 12/6/16        By:    /s/ Nikolau W. Reed
                                     Nikolaus W. Reed, Esq.
                                     LAW OFFICES OF NIKOLAUS W. REED
                                     Attorney for Plaintiff Norman Cornejo

Dated: 12/6/16        By:    /s/ Logan Quirk
                                     Logan Quirk, Esq.
                                     QUIRK LAW GROUP
                                     Attorney for Plaintiff Norman Cornejo.

---
[1] As the filer of this stipulation, I, Michael Bracamontes attest that Craig Modlin, Gregory B. Thomas, Nikolaus W. Reed and Logan Quirk concur in the content of the Stipulation and have authorized its filing.

*Frausto v. California Highway Patrol, et al. – Stipulation and Proposed Order for an Extension on All Expert Discovery Deadlines and the Deadline for Hearing on Dispositive Motions*

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, it is ORDERED that the Parties' Joint Stipulation and request that the Court grant a two week extension concerning all expert discovery deadlines and the deadline for hearing on dispositive motions is GRANTED.

Dated: 12/7/16

_____
Richard Seeborg
Northern District Court Judge

- 3 -

*Frausto v. California Highway Patrol, et al. – Stipulation and Proposed Order for an Extension on All Expert Discovery Deadlines and the Deadline for Hearing on Dispositive Motions*