GREGORY B. THOMAS, ESQ. (SBN 239870)
ADAM A. VUKOVIC, ESQ. (SBN 301392)
SOPHIA V. COHN, ESQ. (SBN 306661)
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
Oakland, CA  94607
Telephone: (510) 834-4350
Facsimile: (510) 839-1897
gthomas@bjg.com
avukovic@bjg.com
scohn@bjg.com

Attorneys for Defendant
COUNTY OF ALAMEDA, sued herein as "ALAMEDA COUNTY SHERIFF'S OFFICE," KEVIN BEYRODT, AARON INNS, ANTHONEY FIELDS, IVAN STEWART, KAREN EASLING, sued herein as "K. EASLING," and CAMERON TRACY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA FRAUSTO individually and as successor in interest to the Estate of Decedent John Anthony Cornejo, ,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>CALIFORNIA HIGHWAY PATROL, ALAMEDA COUNTY SHERIFF'S OFFICE, KEVIN BEYRODT, NORMAND D. CORNEJO, II, and DOES 1 to 30, inclusive,<br><br>　　　　Defendants.<br><br>And Related Actions | Case No.: 3:16-cv-00311-RS<br>And Related Actions<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING EXPERT DISCOVERY CUT-OFF DEADLINE** |

The parties submit the following Joint Stipulation and request that the Court grant a one month extension of the expert discovery cut-off deadline, presently set for February 15, 2017. Due to expert availability and other scheduling conflicts, the parties do not have enough time to take the necessary expert depositions by that date. This request will not affect any other deadlines.

1  Therefore, the parties hereby stipulate and request that the Court grant an extension on the
2  expert discovery cut-off deadline until **March 17, 2017**.
3  Respectfully submitted,

4  DATED:  February 7, 2017

BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation

By:   /s/ Gregory B. Thomas
GREGORY B. THOMAS, ESQ.
ADAM A. VUKOVIC, ESQ.
SOPHIA V. COHN, ESQ.
Attorneys for Defendant
COUNTY OF ALAMEDA, sued
herein as "ALAMEDA COUNTY
SHERIFF'S OFFICE," KEVIN
BEYRODT, AARON INNS,
ANTHONEY FIELDS, IAN
STEWART, KAREN EASLING,
sued herein as "K. EASLING," and
CAMERON TRACY

DATED: February 7, 2017                BRACAMONTES & VLASAK, P.C.

By:   /s/ Michael Bracamontes
MICHAEL BRACAMONTES, ESQ.
MICHAEL A. SCHREIBER, ESQ.
Attorneys for Plaintiffs
YOLANDA FRAUSTO
NORMAN CORNEJO

DATED: February 7, 2017                CALIFORNIA ATTORNEY GENERAL

By:   /s/ Craig Modlin, Esq.
CRAIG MODLIN, ESQ.
Attorney for Defendants
CALIFORNIA HIGHWANT PATROL, M.
DIEHL, Z. TRZESNIEWSKI, H. SCHULTZ,
C. BRUNO, D. HAZELWOOD, and J.
KOVEN

-2-

STIPULATION AND [PROPOSED] ORDER EXTENDING EXPERT DISCOVERY CUT-OFF DEADLINE
*Yolanda Frausto v. County of Alameda, et al.* - Case No.: 3:16-cv-0311-RS; and related actions

**ATTESTATION**

I, Gregory B. Thomas, am counsel for Record for Defendants County of Alameda, et al. I am the registered ECF user whose username and password are being used to file this stipulation. In compliance with Local Rule 5-1(i)(3), I hereby attest that the above-identified counsel concurred in this filing.

Dated: February 7, 2017               BOORNAZIAN, JENSEN & GARTHE

                                      By:  /s/ Gregory B. Thomas
                                           GREGORY B. THOMAS
                                           Attorney for Defendants
                                           COUNTY OF ALAMEDA, sued herein
                                           as "ALAMEDA COUNTY SHERIFF'S
                                           OFFICE," KEVIN BEYRODT,
                                           AARON INNS, ANTHONEY FIELDS,
                                           IVAN STEWART, KAREN
                                           EASLING, sued herein as "K.
                                           EASLING," and CAMERON TRACY

STIPULATION AND [PROPOSED] ORDER EXTENDING EXPERT DISCOVERY CUT-OFF DEADLINE
*Yolanda Frausto v. County of Alameda, et al.* - Case No.: 3:16-cv-0311-RS; and related actions

**[~~PROPOSED~~] ORDER**

GOOD CAUSE appearing, it is ORDERED that Parties' Joint Stipulation and request that the Court grant an extension of the expert discovery cut-off deadline until March 17, 2017 is GRANTED.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 2/8/17

HON. RICHARD SEEBORG
Judge of the United States District Court