1  GREGORY B. THOMAS, ESQ. (SBN 239870)
   ADAM A. VUKOVIC, ESQ. (SBN 301392)
2  SOPHIA V. COHN, ESQ. (SBN 306661)
   BOORNAZIAN, JENSEN & GARTHE
3  A Professional Corporation
   555 12th Street, Suite 1800
4  Oakland, CA  94607
   Telephone: (510) 834-4350
5  Facsimile: (510) 839-1897
   gthomas@bjg.com
6  avukovic@bjg.com
   scohn@bjg.com
7
   Attorneys for Defendant
8  COUNTY OF ALAMEDA, sued herein as "ALAMEDA COUNTY SHERIFF'S OFFICE,"
   KEVIN BEYRODT, AARON INNS, ANTHONY FIELDS, IVAN STEWART, KAREN
9  EASLING, sued herein as "K. EASLING," and CAMERON TRACY

10

11                         UNITED STATES DISTRICT COURT

12                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| YOLANDA FRAUSTO individually and as successor in interest to the Estate of Decedent John Anthony Cornejo, , <br><br>Plaintiffs, <br><br>vs. <br><br>CALIFORNIA HIGHWAY PATROL, ALAMEDA COUNTY SHERIFF'S OFFICE, KEVIN BEYRODT, NORMAND D. CORNEJO, II, and DOES 1 to 30, inclusive, <br><br>Defendants. <br><br>And Related Actions | Case No.: 3:16-cv-00311-RS<br>And Related Actions<br><br>**STIPULATION AND REQUEST TO DISMISS ACTIONS AS TO DEFENDANTS ANTHONY FIELDS, KAREN EASLING AND CAMERON TRACY; [PROPOSED] ORDER** |

   The undersigned, attorneys for the parties herein, hereby stipulate and jointly apply to the
Court for an order, pursuant to Federal Rule of Civil Procedure 41(a)(ii), dismissing the Plaintiffs'
YOLANDA FRAUSTO and NORMAN CORNEJO's respective complaints in the related actions
(Case Nos. 3:16-cv-00311-RS and 3:16-cv-00974-RS) herein, and all causes of action contained

-1-

1  therein, with prejudice, as to individually named defendants ANTHONY FIELDS, KAREN
2  EASLING and CAMERON TRACY, with all parties to bear their own costs and attorneys' fees
3  herein.

4      Respectfully submitted,

5  DATED:  February 14, 2017          BOORNAZIAN, JENSEN & GARTHE
                                             A Professional Corporation

                                             By: ___/s/ Gregory B. Thomas_____
                                               GREGORY B. THOMAS, ESQ.
                                               ADAM A. VUKOVIC, ESQ.
                                               SOPHIA V. COHN, ESQ.
                                               Attorneys for Defendant
                                               COUNTY OF ALAMEDA, sued
                                               herein as "ALAMEDA COUNTY
                                               SHERIFF'S OFFICE," KEVIN
                                               BEYRODT, AARON INNS,
                                               ANTHONY FIELDS, IAN
                                               STEWART, KAREN EASLING, sued
                                               herein as "K. EASLING," and
                                               CAMERON TRACY

DATED: February 14, 2017            BRACAMONTES & VLASAK, P.C.

                                             By: __/s/ Michael Bracamontes____
                                               MICHAEL BRACAMONTES, ESQ.
                                               MICHAEL A. SCHREIBER, ESQ.
                                               Attorneys for Plaintiffs
                                               YOLANDA FRAUSTO
                                               NORMAN CORNEJO

DATED: February 14, 2017            CALIFORNIA ATTORNEY GENERAL

                                             By: ___/s/ Craig Modlin, Esq._____
                                               CRAIG MODLIN, ESQ.
                                               Attorney for Defendants
                                             CALIFORNIA HIGHWANT PATROL, M.
                                             DIEHL, Z. TRZESNIEWSKI, H. SCHULTZ,
                                             C. BRUNO, D. HAZELWOOD, and J.
                                               KOVEN

**ATTESTATION**

I, Gregory B. Thomas, am counsel for Record for Defendants County of Alameda, et al. I am the registered ECF user whose username and password are being used to file this stipulation. In compliance with Local Rule 5-1(i)(3), I hereby attest that the above-identified counsel concurred in this filing.

Dated: February 14, 2017                         BOORNAZIAN, JENSEN & GARTHE

                                         By:   /s/ Gregory B. Thomas
                                         GREGORY B. THOMAS
                                         Attorney for Defendants
                                         COUNTY OF ALAMEDA, sued herein
                                         as "ALAMEDA COUNTY SHERIFF'S
                                         OFFICE," KEVIN BEYRODT,
                                         AARON INNS, ANTHONEY FIELDS,
                                         IVAN STEWART, KAREN
                                         EASLING, sued herein as "K.
                                         EASLING," and CAMERON TRACY

## [PROPOSED] ORDER

GOOD CAUSE appearing, it is ORDERED that the request to dismiss Plaintiffs' YOLANDA FRAUSTO and NORMAN CORNEJO'S respective complaints in the related actions (Case Nos. 3:16-cv-00311-RS and 3:16-cv-00974-RS) herein, and all causes of action contained therein, with prejudice, as to individually named defendants ANTHONY FIELDS, KAREN EASLING and CAMERON TRACY is GRANTED.

All parties to bear their own costs and attorneys' fees herein.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 2/17/17

_____
HON. RICHARD SEEBORG
Judge of the United States District Court